IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALBERT L. TYUS,

    Petitioner,

vs.                                                     CASE NO. 5:08cv361/RS-MD

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 13) is **granted**.

3. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1), which challenged the conviction and sentence in *State of Florida v. Albert Lamar Tyus* in the Circuit Court of Jackson County, Florida, Case No. 01-155, is dismissed with prejudice.

4. The clerk is directed to close the file.

**ORDERED** on December 2, 2009.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**